IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BARBARA J. BROWN, on behalf of himself and others similarly situated,  :  <br>  : CIVIL ACTION FILE NO. 26-cv-8-DAR <br> Plaintiff,  : <br>  : <br> v.  : <br>  : <br> VIO FRANCHISE GROUP LLC d/b/a VIO  : <br> MED SPA and VYANIA LLC d/b/a VIO  : <br> MED SPA HNDERSONVILLE  : <br>  : <br>  : <br>  : <br> Defendants.  : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), __Brian T. Giles__, trial
(Name of Trial Attorney)

attorney for __Plaintiff__ in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Anthony Paronich__ *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Plaintiff__.
(Name of Party)

Movant represents that __Anthony Paronich__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Massachusetts__ as attested by the accompanying certificate from that
(Name of State)

court and that __Anthony Paronich__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

<u>Anthony Paronich</u>          understands that, unless expressly excused, he
(Name of PHV Attorney)

must register for electronic filing with this Court promptly upon the granting of this Motion.

<u>Anthony Paronich</u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u> 508.221.1510   </u>   Business fax <u>   508.318.8100         </u>

Business address <u>     Paronich Law, P.C.                              </u>

<u>                  350 Lincoln Street, Suite 2400                </u>

<u>                    Hingham, MA 02043                            </u>

Business e-mail address <u>  anthony@paronichlaw.com              </u>

 

**<u>/s/ Brian T. Giles                  </u>**
(Signature of Trial Attorney)

<u>1470 Apple Hill Road           </u>
(Address)

<u>Cincinnati, Ohio 45230         </u>
(City, State, Zip Code)

Trial Attorney for <u>Plaintiff</u>
(Name of Party)