IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BARBARA J. BROWN, on behalf of himself and others similarly situated, | No. 1:26-cv-00008-DAR |
| Plaintiff, | Honorable Judge David A. Ruiz |
| v. | |
| VIO FRANCHISE GROUP LLC d/b/a VIO MED SPA and VYANIA LLC d/b/a VIO MED SPA HNDERSONVILLE | |
| Defendants. | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), **Brian T. Giles**, trial attorney for **Plaintiff** in the above-referenced action, hereby moves the court to admit **Carly M. Roman** *hac vice* to appear and participate as counsel or co-counsel in this case for **Plaintiff**. Movant represents that **Carly M. Roman** is a member in good standing of the highest court of **Arizona** as attested by the accompanying certificate from that court (*See* **Attachment 1**) and that **Carly M. Roman** is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $120.00 fee pursuant to Local Civil Rule 83.5(h).

**Carly M. Roman** understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

**Carly M. Roman's** relevant identifying information is as follows:

Carly M. Roman
**Strauss Borrelli PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com

                                                     Date:   January 8, 2026

                                                     */s/ Brian T. Giles*
                                                     (Signature of Trial Attorney)

                                                     1470 Apple Hill Road
                                                   (Address)

                                                   Cincinnati, Ohio 45230
                                                   (City, State, Zip Code)

                                                   Trial Attorney for **Plaintiff**
                                                   (Name of Party)