# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| **BARBARA J. BROWN, on behalf of herself and all others similarly situated** ) ) ) *Plaintiff* ) ) v. ) ) ) **VIO FRANCHISE GROUP LLC d/b/a: VIO MED SPA, and VYANIA LLC d/b/a: VIO MED SPA HENDERSONVILLE** ) ) ) *Defendant* | Civil Action No. 1:26-cv-00008 |

## AFFIDAVIT OF SERVICE

I, Kenneth Miller, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to VYANIA LLC d/b/a: VIO MED SPA HENDERSONVILLE in Sumner County, TN on January 6, 2026 at 12:50 pm at 185 Indian Lake Blvd, Hendersonville, TN 37075 by leaving the following documents with Jane Doe (Refused Name) who as Front Desk Manager is authorized by appointment or by law to receive service of process for VYANIA LLC d/b/a: VIO MED SPA HENDERSONVILLE.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE, NOTICE & ORDER
Notice of Electronic Filing
Notice of Electronic Filing
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=36.3158229576,-86.6036920978
Photograph: See Exhibit 1

Total Cost: $210.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in     Sumner County    ,    TN    on    1/6/2026   .

*/s/ Kenneth Miller*
Signature
Kenneth Miller
+1 (312) 813-1475

Exhibit 1a)





Exhibit 1b)



Exhibit 1d)
V/O med spa
185
HOTWORX