# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| **BARBARA J. BROWN, on behalf of herself and all others similarly situated** ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:26-cv-00008 |
| ) | |
| **VIO FRANCHISE GROUP LLC d/b/a: VIO MED SPA;** ) | |
| **VYANIA LLC d/b/a: VIO MED SPA** ) | |
| **HENDERSONVILLE** ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Jay Flack, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to VIO FRANCHISE GROUP LLC d/b/a: VIO MED SPA in Medina County, OH on January 5, 2026 at 9:38 am at 316 N Court St, Medina, OH 44256-1868 by leaving the following documents with Nicole Zappa who as RECEPTIONIST is authorized by appointment or by law to receive service of process for VIO FRANCHISE GROUP LLC d/b/a: VIO MED SPA.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT
CIVIL COVER SHEET
CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND
ORDER OF REFERENCE, NOTICE & ORDER
Notice of Electronic Filing
Notice of Electronic Filing
Race: White, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est.
Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.142772,-81.8637407
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Cuyahoga County_ ,

_OH_ on _1/5/2026_ .

/s/ *Jay Flack*

Signature
Jay Flack
+1 (216) 307-4429



Exhibit 1a)