IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BARBARA J. BROWN,** on behalf of herself and all others similarly situated, | CASE NO. 1:26-cv-00008 |
| Plaintiff, | JUDGE DAVID A RUIZ |
| vs. | |
| **VIO FRANCHISE GROUP LLC d/b/a VIO MED SPA, et al.,** | |
| Defendants. | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

Defendant VIO Franchise Group, LLC, d/b/a Vio Med Spa, ("VIO") moves this Honorable Court for an additional twenty-one (21) day extension of time, up to and including February 16, 2026, to plead or otherwise respond to Plaintiff's Complaint. VIO requires additional time to investigate the allegations in Plaintiff's complaint and finalize its response. Undersigned counsel has contacted counsel for Plaintiff, and Plaintiff has confirmed they are unopposed to the requested extension. This motion is made in good faith and not for the purposes of delay. This is VIO's first request for an extension of this deadline.

For the reasons stated herein, VIO requests an additional extension of time of twenty-one (21) days, up to and including February 16, 2026, to plead or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

GEMBALA, MCLAUGHLIN & PECORA CO., LPA

/s/ Stephen M. Bosak, Jr.
Stephen M. Bosak, Jr. (0092443)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: 440-930-4001
Fax: 440-934-7208
Email: sbosak@gmpfirm.com
*Counsel for Defendants*