# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BARBARA J. BROWN,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**VIO FRANCHISE GROUP LLC d/b/a VIO MED SPA, et al.,**<br><br>Defendants. | CASE NO. 1:26-cv-00008<br><br>JUDGE DAVID A. RUIZ |

## [PROPOSED] ORDER

This matter is before the Court upon Defendant VIO Franchise Group LLC, d/b/a VIO Med Spa's unopposed motion for a twenty-one (21) day extension of time to plead or otherwise respond to Plaintiff's Complaint (Doc 7). For good cause show, the Court hereby orders that Defendant's Motion is GRANTED.

Defendant VIO Franchise Group LLC, d/b/a VIO Med Spa shall file an answer or otherwise respond to Plaintiff's complaint by February 16, 2026.

IT IS SO ORDERED.

_____          _____
Date                                                    Hon. David A. Ruiz

1