# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|   |   |   |
|---|---|---|
| ,   | ) |   |
|   | ) | CASE NO. |
| Plaintiff(s), | ) |   |
|   | ) | JUDGE DAVID A. RUIZ |
| v. | ) |   |
|   | ) |   |
| , | ) | **REPORT OF PARTIES' PLANNING** |
|   | ) | **MEETING UNDER FED. R. CIV.** |
| Defendant(s). | ) | **P. 26 (f) AND L.R. 16.3(b) AND 23.1** |
|   | ) | **(For Use in Putative Class Actions)** |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on

_____, 20___, and was attended by:

_____ counsel for plaintiff(s)

_____ counsel for plaintiff(s)

_____ counsel for defendant(s)

_____ counsel for defendant(s)

2A. The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

1

Attachment 1

_____ will exchange such disclosures by _____,20_____;

_____ have not been required to make initial disclosures.

2B. The parties:

____ have agreed to a procedure for the assertion of claims of privilege or of protection as trial-preparation materials, including the timing and method for complying with Fed. R. Civ. P. 26(b)(5)(A). Include whether the parties have a proposed agreement for the Court to consider regarding Federal Rule of Evidence 502. The parties have agreed as follows:

_____

_____

_____.

____ have *not* agreed to a procedure for handling claims of privilege or of protection as trial-preparation materials as set forth in Fed. R. Civ. P. 26(b)(5)(A);

Plaintiff(s) propose the following procedure:

_____

_____

_____.

Defendant(s) propose the following procedure:

_____

_____

_____.

3. The parties recommend the following track:

    ☐ Expedited     ☐ Standard     ☐ Administrative

    ☐ Complex     ☐ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    ☐ Early Neutral Evaluation     ☐ Mediation     ☐ Arbitration

    ☐ Summary Jury Trial     ☐ Summary Bench Trial

    ☐ Case Not Suitable for ADR

5. Recommended cut-off date for amending the pleadings (including proposed class definition) and/or adding additional parties: _____.

6. The parties _____ do/ _____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Electronically Stored Information. The Parties: (indicate one):

_____ agree that there will be no discovery of electronically-stored information; or

_____ have agreed to a method for conducting discovery of electronically-stored information; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

8. Recommended Date for a Status Hearing:_____.

9. Recommended Case Management Plan:

   Discovery relevant to appropriateness of certification of the proposed class be completed by: _____, including:

   plaintiff(s)' depositions by:_____

   defendant(s)' 30(b) depositions by:_____

   plaintiff(s) expert reports by:_____

   defendant(s)' expert reports by:_____

   expert depositions by:_____

   Plaintiff's motion for class certification to be filed by _____ .

   Defendant's opposition to motion for class certification to be filed by: _____.

9. All other non-expert discovery to be completed by:_____

10. All other expert discovery to be completed by:_____

    Expert report(s) by party initially seeking to introduce expert testimony recommended due date:_____

    Responsive expert report(s) due date:_____

11. Recommended dispositive motion date, if any:_____

    12. Recommended date for Settlement Conference:_____.

    13.  Other matters for the attention of the Court:

_____

_____

    14. If applicable, preliminary estimate and/or budget of the amount of anticipated attorney's fees and expenses pursuant to statutory or case-law authority.  Such estimate shall include but not be limited to the following:

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigations & Filing of Complaint | $_____ | Depositions | $_____ |
| Procedural Motions Practice | $_____ | Experts | $_____ |
| Discovery | $_____ | Witness Fees | $_____ |
| | | Other | $_____ |
| Dispositive Motions Practice | $_____ | **TOTAL COSTS** | $_____ |
| Settlement Negotiations | $_____ | | |
| Trial | $_____ | | |
| **TOTAL FEES** | $_____ | | |

5

Attachment 1

_____
Attorney for Plaintiff

_____
Attorney for Plaintiff


_____
Attorney for Defendant

_____
Attorney for Defendant

Attachment 1