# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **BARBARA J. BROWN,** on behalf of herself and all others similarly situated, | CASE. 1:26-cv-00008-DAR |
| Plaintiff, | JUDGE DAVID A. RUIZ |
| v. | |
| **VIO FRANCHISE GROUP, LLC d/b/a VIO MED SPA, et al.** | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Attorney Douglas G. Walters from the law firm of Gembala, McLaughlin & Pecora Co., LPA enters his appearance in this matter on behalf of Defendant VIO Franchise Group, LLC replacing Attorney Jay E. Krasovec. Attorney Walters requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices and papers be served on him at the address listed below. Attorney Krasovec shall be removed as legal counsel in this matter and no further notices or papers shall be served on him.

Respectfully submitted,

GEMBALA, McLAUGHLIN
& PECORA CO., LPA

/s/ *Douglas G. Walters*
Stephen M. Bosak, Jr. (0092443)
Douglas G. Walters (0093804)
5455 Detroit Road
Sheffield Village, OH 44054
Telephone:    (440) 930-4001
Facsimile:    (440) 934-7208

1

Email:        sbosak@gmpfirm.com
                 dwalters@gmpfirm.com

*Counsel for Defendant*
*VIO Franchise Group, LLC*