**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MINUTES OF PROCEEDINGS AND ORDER– CIVIL

| | | |
|---|---|---|
| BARBARA BROWN, on behalf of herself and others, | ) | CASE No. 1:26-CV-0008 |
| | ) | |
| | ) | DATE: APRIL 22, 2026 |
| Plaintiffs, | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| v. | ) | |
| | ) | COURT REPORTER:  n/a |
| VIO FRANCHISE GROUP, LLC, | ) | |
| *et al.*, d/b/a VIO MED SPA, | ) | |
| | ) | |
| Defendants. | ) | |

Attorney for Plaintiff:
Anthony I. Paronich
(also present Barbara Brown, Plaintiff)

Attorney(s) for Defendants:
Stephen Bosak for VIO Franchise
Group, LLC, dba VIO Med Spa
(also present Ryan Rose for VIO)

Michael L. Dillard, Jr. (Lead Counsel)
Damion M. Clifford, for Vyania, LLC, dba
VIO Med Spa Hendersonville
(also present Charmy Patel for Vyania)

PROCEEDINGS:    The Court held a case management conference on April 14, 2026 with the above counsel and parties. After discussion about the case and the parties' stance on discovery matters, the Court continued the telephonic case management conference to July 8, 2026 @ 12:00 p.m. (conferencing instructions to be emailed to counsel). Lead Counsel must attend. Clients and/or client representatives are welcome, but are not ordered, to attend. The Court directed the parties to engage in targeted and streamlined discovery pertaining only to Plaintiff's individual claims. In addition, Counsel are to meet and confer, and should they

agree on a proposed case management plan, they shall file an amended Report of the Parties'

Planning Meeting ("RPPM"). If they cannot agree on a further case management plan, they

shall instead submit a joint Status Report outlining the parties' respective positions. Said

RPPM or Status Report shall be filed with the Court on or before July 1, 2026.

IT IS SO ORDERED.

Total Time:  40 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge