**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT CLEVELAND**

| | |
|---|---|
| **BARBARA J. BROWN**, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>**VIO FRANCHISE GROUP LLC** *d/b/a*:<br>**VIO MED SPA,** and<br>**VYANIA LLC** *d/b/a:*<br>**VIO MED SPA HENDERSONVILLE,**<br><br>     Defendants. | Case No. Case No. 1:26-cv-00008-DAR<br><br>Honorable Judge David A. Ruiz |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual and class claims with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 23, 2026

*/s/ Carly M. Roman*
Carly M. Roman (pro hac vice)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (617) 485-0018
anthony@paronichlaw.com

Dated: June 23, 2026

*/s/ Damion M. Clifford*
Damion M. Clifford (0077777)
Michael L. Dillard, Jr. (0083907)
**ARNOLD & CLIFFORD LLC**
115 W. Main Street, Suite 400
Columbus, Ohio 43215
Tel: 614.460.1600
Fax: 614.469.1093
dclifford@arnlaw.com
mdillard@arnlaw.com

*Counsel for Defendant Vyania LLC d/b/a Vio Med Spa Hendersonvill*

1

Brian T. Giles (SBN #0072806)
**THE LAW OFFICES OF BRIAN T. GILES**
1470 Apple Hill Road
Cincinnati, Ohio 45230
T: (513) 379-2715
brian@gilesfirm.com

*Attorneys for Plaintiff and Proposed Class*

_/s/ Stephen M. Bosak, Jr._
Stephen M. Bosak, Jr. (0092443)
Douglas G. Walters (0093804)
**GEMBALA, McLAUGHLIN**
**& PECORA CO., LPA**
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
sbosak@gmpfirm.com
dwalters@gmpfirm.com

*Counsel for Defendant*
*VIO Franchise Group, LLC*

2

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 23rd day of June, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Carly M. Roman*

Carly M. Roman (pro hac vice)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com

3