**IT IS SO ORDERED.**

*s/David A. Ruiz*

U.S. District Judge

July 7, 2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT CLEVELAND**

| | |
|---|---|
| **BARBARA J. BROWN**, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **VIO FRANCHISE GROUP LLC** *d/b/a*: **VIO MED SPA,** and **VYANIA LLC** *d/b/a:* **VIO MED SPA HENDERSONVILLE,** <br><br> Defendants. | Case No. Case No. 1:26-cv-00008-DAR <br><br> Honorable Judge David A. Ruiz |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual and class claims with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 23, 2026

*/s/ Carly M. Roman*

Carly M. Roman (pro hac vice)

**STRAUSS BORRELLI PLLC**

980 N. Michigan Avenue, Suite 1610

Chicago, Illinois 60611

T: (872) 263-1100

F: (872) 263-1109

croman@straussborrelli.com

Anthony I. Paronich

**PARONICH LAW, P.C.**

350 Lincoln Street, Suite 2400

Hingham, MA 02043

T: (617) 485-0018

anthony@paronichlaw.com

Dated: June 23, 2026

*/s/ Damion M. Clifford*

Damion M. Clifford (0077777)

Michael L. Dillard, Jr. (0083907)

**ARNOLD & CLIFFORD LLC**

115 W. Main Street, Suite 400

Columbus, Ohio 43215

Tel: 614.460.1600

Fax: 614.469.1093

dclifford@arnlaw.com

mdillard@arnlaw.com

*Counsel for Defendant Vyania LLC d/b/a Vio Med Spa Hendersonvill*

1

Brian T. Giles (SBN #0072806)
**THE LAW OFFICES OF BRIAN T. GILES**
1470 Apple Hill Road
Cincinnati, Ohio 45230
T: (513) 379-2715
brian@gilesfirm.com

*Attorneys for Plaintiff and Proposed Class*

*/s/ Stephen M. Bosak, Jr.*
Stephen M. Bosak, Jr. (0092443)
Douglas G. Walters (0093804)
**GEMBALA, McLAUGHLIN
& PECORA CO., LPA**
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
sbosak@gmpfirm.com
dwalters@gmpfirm.com

*Counsel for Defendant
VIO Franchise Group, LLC*

2